# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY FLORES** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 17-4848 |
| **v.** | : | |
| | : | |
| **ANDREW CHARLTON,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 12th day of August 2019, upon consideration of the *motion for summary judgment* filed by Defendants Andrew Charlton and Citizens Financial Group, Inc. ("Defendants"), [ECF 22], the response in opposition thereto filed by Plaintiff Anthony Flores ("Plaintiff"), [ECF 23], and Defendants' reply, [ECF 26], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendants' motion for summary judgment is **GRANTED**, and **JUDGMENT** is entered in favor of Defendants and against Plaintiff on all of Plaintiff's claims.

The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*